385 U.S. 203
 87 S.Ct. 407
 17 L.Ed.2d 300
 NEW ENGLAND MOTOR RATE BUREAU, INC., et al.
v.
UNITED STATES et al.
 No. 591.
 Supreme Court of the United States
 December 5, 1966
 
 Peter T. Beardsley, R. Edwin Brady, Bryce Rea, Jr., Guy H. Postell, John W. McFadden, Harry C. Ames, Roland Rice, Homer S. Carpenter, John S. Fessenden and Richard R. Sigmon, for appellants.
 Solicitor General Marshall, Assistant Attorney General Turner, Howard E. Shapiro, Robert W. Ginnane and Leonard S. Goodman, for the United States and others.
 William Q. Keenan, for intervenor Railway Express Agency, Inc.
 Arthur A. Arsham, for intervenors National Small Shipments Traffic Conference, Inc., and others.
 PER CURIAM.
 
 
 1
 The motions to affirm are granted and the judgment is affirmed.